```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  JUSTIN W. DERSCH
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, CA  95814
 5  Telephone: (916) 554-2739
```

**FILED**

AUG 21 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTINA WABINGA,<br><br>        Defendant. | 2:07-CR-0364  DAD<br><br>VIOLATIONS: 29 U.S.C. § 439(b) - False Statements and Representations of Fact with Knowledge of Falsehood; 29 U.S.C. § 439(c) - False Entry in and Willful Concealment of Books and Records |

# I N F O R M A T I O N

<u>COUNT ONE</u>:  [29 U.S.C. § 439(b) - False Statements and Representations of Fact with Knowledge of Falsehood]

The United States Attorney charges:  T H A T

CHRISTINA WABINGA,

the defendant herein, from on or about September 12, 2000, to March 2004, in the County of Sacramento, State and Eastern District of California, did make a false statement and representation of material fact, knowing it to be false, in documents, reports, and other information as defined in Title 29, United States Code, Chapter 11, Subchapter III, concerning the

1

1  financial records of the Theatrical Employees Local Union, Local
2  B-66, to wit: while serving in the capacity as Treasurer of said
3  union, the defendant made a false statement to union management
4  concerning items purchased at Office Depot with the union's
5  Office Depot credit card, in representing that the items were
6  purchased for union purposes, when they were bought for her
7  personal use, in violation of Title 29, United States Code,
8  Section 439(b), a misdemeanor.
9  COUNT TWO:    [29 U.S.C. § 439(c) - False Entry in
                  and Willful Concealment of Books and Records]
10
11      The United States Attorney further charges: T H A T
12                          CHRISTINA WABINGA,
13 the defendant herein, from on or about September 12, 2000, to
14 March, 2004, in the County of Sacramento, State and Eastern
15 District of California, did willfully make false entries and
16 reports in books, records, reports and statements required to be
17 kept as defined in Title 29, United States Code, Chapter 11,
18 Subchapter III, concerning the expenditure of funds that are the
19 property of the Theatrical Employees Local Union, Local B-66, to
20 wit: while serving in the capacity as Treasurer of said union,
21 the defendant used the union's Office Depot credit card and
22 represented that the items were purchased for union purposes,
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 | when they were bought for her personal use, in violation of Title
2 | 29, United States Code, Section 439(c), a misdemeanor.
3 | DATED: August 13, 2007                    McGREGOR W. SCOTT
                                              United States Attorney

By: _____
    MATTHEW C. STEGMAN
    Assistant U.S. Attorney

## PENALTY SLIP

**CHRISTINA WABINGA**

COUNT 1

| | |
|---|---|
| VIOLATION: | 29 U.S.C. § 439(b) - False Statements and Representations of Fact with Knowledge of Falsehood |
| PENALTY: | Fine of not more than $100,000, imprisonment of not more than 1 year, or both. |
| SUPERVISED RELEASE: | One year term of supervised release. |
| COURT ASSESSMENT: | $25.00 |

COUNT 2

| | |
|---|---|
| VIOLATION: | 29 U.S.C. § 439(c) - False Entry in and Willful Concealment of Books and Records |
| PENALTY: | Fine of not more than $100,000, imprisonment of not more than 1 year, or both. |
| SUPERVISED RELEASE: | One year term of supervised release |
| COURT ASSESSMENT: | $25.00 |